IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| GLORIA KANCHEFF,<br>Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE CORPORTATION,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br>DR-22-CV-045-AM/VRG |

## ORDER OF DISMISSAL WITH PREJUDICE

On January 17, 2023, the Parties filed a Joint Rule 41(a) Stipulation of Voluntary Dismissal that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against the Defendant are **DISMISSED WITH PREJUDICE** as requested. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a Clerk's judgment shall immediately issue.

SIGNED and ENTERED on this 2nd day of February 2023.

ALIA MOSES
Chief United States District Judge