AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

GLORIA KANCHEFF,
Plaintiff,

v.

LIBERTY INSURANCE CORPORTATION,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-22-CV-045-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

On January 17, 2023, the Parties filed a Joint Rule 4 1(a) Stipulation of Voluntary Dismissal that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). IT IS THEREFORE ORDERED that the Plaintiff's claims asserted in this suit against the Defendant are DISMISSED WITH PREJUDICE as requested. Each party shall bear its own costs and fees. IT IS FURTHER ORDERED that all motions pending in the instant action be DENIED as moot.

02/02/2023
Date

Philip J. Devlin
Clerk

*L. Sanchez*
(By) Deputy Clerk